

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK | OCT 21 2011<br>LAWRENCE K. BAERMAN, CLK<br>UTICA |

TERRENCE R. JAMISON,

                       Plaintiff,

- against -

MICHAEL CHAPMAN; BERNARD STOOKS;
BILL MOORHEAD; JAMES CATANZARO;
RICHARD STEVENSON; COREY CONLEY;
HAL E. SMITH; JANET HANNA; PAMELA
CARRIER; KEITH ZULKO; ERIC JONES;
JOHN DOE(S) AND JANE DOE(S),

                       Defendant.

ORDER

Case No. 08-CV-00856
(DNH/GHL)

The Defendants, Keith Zulko and Eric Jones, having moved this Court, by motion dated March 29, 2011, for an Order, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, dismissing the above-entitled action on the basis of the Plaintiff's failure to prosecute the action; and the Plaintiff having failed to file any opposition papers to the motion or respond to the motion in any other manner, and the motion having regularly come on to heard at a motion term of this Court;

NOW, therefore, on the motion of Sheehan Greene Golderman & Jacques LLP, attorneys for the Defendants, Keith Zulko and Eric Jones, it is

ORDERED, that the Defendants' motion be, and the same hereby is, in all respects granted; and it is further

ORDERED, that the above-captioned action is dismissed as against the Defendants Keith Zulko and Eric Jones.

Signed at ~~Albany~~ Utica, New York this 21st day of October, 2011.

Hon. David N. Hurd
United States District Judge