

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TERRENCE R. JAMISON,

                        *Plaintiff,*

      -against-

MICHAEL CHAPMAN; BERNARD STOOKS; BILL MOORHEAD; HAL E SMITH; JAMES CANTAZARO; RICHARD STEVENSON; COREY CONLEY; JANET HANNA; PAMELA CARRIER; KEITH ZULKO; ERIC JONES; JOHN DOE,

                        *Defendants.*

**ORDER**

08-CV-0856

DNH/GHL

Defendants Michael Chapman, Bernard Stooks, Bill Moorehead, Hal E. Smith, James Cantazaro, Richard Stevenson, Corey Conley, Janet Hanna and Pamela Carrier, having moved this Court by motion dated September 23, 2011, for an Order, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, dismissing the above-captioned action on the basis of Plaintiff's failure to prosecute the action; and the Plaintiff having failed to file any opposition papers to the motion or respond to the motion in any other manner, and the motion having regularly come on to be heard at a motion term of this Court,

NOW, therefore, on the motion of Eric T. Schneiderman, New York State Attorney General, counsel for the defendant (Kelly L. Munkwitz, of counsel), it is

ORDERED, that the defendants' motion be, and the same hereby is, in all respects granted; and if is further,

ORDERED, that the above-captioned action as against Michael Chapman, Bernard Stooks, Bill Moorehead, Hal E. Smith, James Cantazaro, Richard Stevenson, Corey Conley, Janet Hanna and Pamela Carrier is dismissed.

October 21, 2011
Utica, New York

Honorable David N. Hurd
United States District Judge