# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**TERRENCE R. JAMISON**

vs.                                             CASE NUMBER: 6:08-CV-0856

**MICHAEL CHAPMAN, BERNARD STOOKS, BILL MOORHEAD, HAL E. SMITH, JAMES CANTAZARO, RICHARD STEVENSON, COREY CONLEY, JANET HANNA, PAMELA CARRIER, KEITH ZULKO, ERIC JONES, JOHN DOE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendants' motions to dismiss are GRANTED, and this action is DISMISSED

All of the above pursuant to the orders of the Honorable Judge DAVID N. HURD, dated the 21st day of October, 2011.

DATED: October 21, 2011

*[signature]*
Clerk of Court

s/
Christine Mergenthaler
Deputy Clerk

entered and served
10/21/11